E-FILED
Thursday, 02 November, 2017 01:31:40 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| **ANTAWN SOUFFRANT,**        ) | |
|        ) | |
| **Plaintiff,**        ) | |
|        ) | |
| v.        ) | **Case No. 17-cv-1491** |
|        ) | |
| **OSF HEALTHCARE SYSTEM,**        ) | |
|        ) | |
| **Defendant.**        ) | |

## NOTICE OF REMOVAL

Defendant OSF HEALTHCARE SYSTEM ("OSF"), by its attorneys Davis & Campbell L.L.C., removes this action from the Circuit Court of Peoria County, Illinois, to the United States District Court for the Central District of Illinois, on the basis of federal question jurisdiction. In support of removal, OSF states as follows:

1.  This is a civil action filed in the Tenth Judicial Circuit, Peoria County, Illinois, on October 4, 2017, titled *Mr. Antawn Souffrant v. OSF Healthcare System(s)*, and docketed as Peoria County Circuit Court Case No. 17-L-00093.

2.  Each of the three Counts contained in the Complaint expressly assert that OSF violated Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e *et seq.*).

3.  OSF received a copy of the Summons and Complaint by facsimile on October 4, 2017.

4.  Pursuant to 28 U.S.C. § 1446(a), OSF has attached the Summons and Complaint as Exhibit 1 to this pleading.

5.  An action originally filed in state court may be removed to federal district court when the district courts of the United States have original jurisdiction. 28 U.S.C. § 1441(a). This Court has original jurisdiction over this action through federal question jurisdiction. 28 U.S.C. § 1331. Title VII of the Civil Rights Act of 1964 is a federal statute (42 U.S.C. § 2000e *et seq.*) and OSF therefore has the right to remove the action from state court to this Court. 28 U.S.C. § 1441(a).

6.  This Notice of Removal is timely as OSF has filed it within thirty days after receiving a copy of the Summons and Complaint by facsimile.

7.  Accordingly, OSF requests that this action be removed from Peoria County Circuit Court to the United States District Court for the Central District of Illinois.

November 2, 2017                    **OSF HEALTHCARE SYSTEM**


By:    _____ s/Abby J. Clark _____
                One of Its Attorneys


Abby J. Clark
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
(309) 673-1681
(309) 673-1690 fax
ajclark@dcamplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system, and have mailed by United States Postal Service a copy of the same to *pro se* Plaintiff's address of record:

Antawn Souffrant
P.O. Box 9046
Peoria, Illinois 61612-9046

                                 s/Abby J. Clark

DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
(309) 673-1681
(309) 673-1690 fax